ABEL GOTTHEIMER et al., Copartners under the Firm Name of GOTTHEIMER-GETZ Co., Appellants, *v.* C. E. SHEPPARD COMPANY, Respondent.

(Argued May 9, 1930; decided June 3, 1930.)

*Samuel Silverman* for appellants.

*Robert J. Robeson* and *Maxwell Hall Elliott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.